AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Raudel Miranda-Martinez | ) | 23-mj-06 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____01/11/2023_____ in the parish of _____Jefferson_____ in the

_____Eastern_____ District of _____Louisiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(1) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
/s/ Bryan Heusman
*Complainant's signature*

Bryan Heusman, ICE Deportation Officer
*Printed name and title*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 20th day of January, 2023.

Date: _____January 20, 2023_____

_____
*Judge's signature*

City and state: _____New Orleans, Louisiana_____

Hon. Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **MAGISTRATE NO. 23-06** |
| **v.** | * | **SECTION: DUTY MAGISTRATE** |
| **RAUDEL MIRANDA-MARTINEZ** | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bryan Huesman, being duly sworn, state as follows:

1.      I am a Deportation Officer (DO) with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Office of Enforcement and Removal Operations (ERO), assigned to the New Orleans Field Office in New Orleans, LA. I have been employed with (ICE) since February 2009.

2.      My duties as a DO with ICE include enforcement functions relating to the investigation, identification, arrest, prosecution, detention and deportation of aliens, and the apprehension of absconders from removal proceedings. I am currently assigned to the Homeland Security Investigations Gang Task Force, which holds me responsible for identifying illegal transnational gang members, locating, processing, and removing these aliens.

3.      This affidavit is submitted in support of a criminal complaint charging **Raudel MIRANDA-MARTINEZ** (**MIRANDA-MARTINEZ**) with violating Title 8 U.S.C. § 1326 (a)(1), reentry of a removed alien.

4.      As described herein, **MIRANDA-MARTINEZ** is an alien assigned Alien Registration Number 091 042 434, who has seven previous immigration encounters. Originally, **MIRANDA-MARTINEZ** was ordered removed by an immigration judge on September 9, 2004. **MIRANDA-MARTINEZ**'s most recent  removal was on September 6, 2022.

5.      On January 11, 2023, the Immigration and Customs Enforcement (ICE) Pacific Enforcement Response Center (PERC) placed a detainer on **MIRANDA-MARTINEZ** after his arrest in Jefferson Parish for public intoxication on January 10, 2023.  On January 11, 2023, Jefferson Parish released **MIRANDA-MARTINEZ** to ICE custody based on the detainer.  On the same date undersigned arrived at the correctional center and conducted an immigration interview with **MIRANDA-MARTINEZ** who freely admitted to being a citizen of Mexico and entering the United States unlawfully.  **MIRANDA-MARTINEZ** was placed under arrest and transported the New Orleans Field Office for  processing.

6.      On September 29, 1989, **MIRANDA-MARTINEZ** applied and was granted legal permeant residence status in the United Sates. However, on August 4, 2004, **MIRANDA-MARTINEZ** was encountered by immigration and served a Notice to Appear due to a marijuana conviction in San Antonio, Texas, in 2003. On September 9, 2004, **MIRANDA-MARTINEZ** was ordered removed by an immigration judge in Laredo, Texas. On September 10, 2004, **MIRANDA-MARTINEZ** was removed to Mexico.

7.      On February 16, 2005, **MIRANDA-MARTINEZ** was encountered by immigration, and his immigration order was reinstated. **MIRANDA-MARTINEZ** was removed to Mexico on February 17, 2005. On June 4, 2008, **MIRANDA-MARTINEZ** was arrested by immigration and his immigration order was reinstated. **MIRANDA-MARTINEZ** was removed to Mexico on October 20, 2011. On December 29, 2012, **MIRANDA-MARTINEZ** was encountered by immigration and his order was reinstated. **MIRANDA-MARTINEZ** was removed to Mexico on January 3, 2013. On May 7, 2013, his order was reinstated, and he was removed to Mexico on March 16, 2018.

8.      **MIRANDA-MARTINEZ** has numerous criminal convictions in the United States. On June 11, 2002, **MIRANDA-MARTINEZ** was arrested in San Antonio, Texas, for unauthorized use of a vehicle and evading arrest. **MIRANDA-MARTINEZ** was convicted for unauthorized use of a vehicle and sentenced to two years' incarceration on August 19, 2002. On December 7, 2002, **MIRANDA-MARTINEZ** was arrested in San Antonio for possession of marijuana and evading arrest. On May 27, 2003, **MIRANDA-MARTINEZ** was convicted of marijuana possession and sentenced to four months incarceration. On January 16, 2005, **MIRANDA-MARTINEZ** was arrested in San Antonio for failure to identify and sentenced to fifty-eight days incarceration on February 16, 2005. On March 4, 2005, **MIRANDA-MARTINEZ** was arrested in San Antonio for evading arrest, possession of a control substance, and theft. On March 22, 2005, **MIRANDA-MARTINEZ** was convicted of possession of a control substance and evading arrest and sentenced to six months incarceration. On May 25, 2005, **MIRANDA-MARTINEZ** was arrested Corpus Christi, Texas, for theft of property. On December 28, 2012, he was sentenced to thirty days incarceration. On April 13, 2007, **MIRANDA-MARTINEZ** was arrested in Atlanta, Georgia, for burglary and damage to property. **MIRANDA-MARTINEZ** was convicted and sentenced to one year incarceration. On June 4, 2008, **MIRANDA-MARTINEZ** was arrested in Marietta, Georgia, for obstruction, giving false information, attempting to elude. On October 23, 2008, **MIRANDA-MARTINEZ** was convicted and sentenced to six months incarceration. On June 25, 2009, **MIRANDA-MARTINEZ** was arrested in Marietta for theft. On July 15, 2009, **MIRANDA-MARTINEZ** was sentenced to twenty days incarceration. On August 19, 2009, **MIRANDA-MARTINEZ** was convicted of re-entry of a previously removed alien and thereafter sentenced to twenty-six months incarceration. On September 4, 2013, **MIRANDA-MARTINEZ** was arrested in Dekalb, Georgia, for giving a false name, disorderly conduct, and

simple assault. **MIRANDA-MARTINEZ** was convicted on May 3, 2013 and sentenced to twelve days incarceration. On September 23, 2015, **MIRANDA-MARTINEZ** was convicted and sentenced to fifty-seven months incarceration for reentry of a previously removed alien. On February 10, 2022, in Harris County, Texas, **MIRANDA-MARTINEZ** was arrested for criminal mischief. He was convicted on August 31, 2022 and sentenced to one hundred- and eighty-days incarceration.

9.     I, DO Bryan Huesman, conducted electronic database queries through law enforcement computer indices on **MIRANDA-MARTINEZ**. I also interviewed **MIRANDA-MARTINEZ** who freely admitted to being a citizen and national of Mexico unlawfully present in the United States. According to your Affiant's review of U.S. Immigration records, there is no record of **MIRANDA-MARTINEZ** ever having received express permission to re-enter the United States from the Attorney General or the Secretary of the Department of Homeland Security.

10.     Based on the above-described facts, your Affiant believes that Probable Cause exists that the defendant, **MIRANDA-MARTINEZ**, is an illegal alien from Mexico who reentered

the United States without permission. Your Affiant also prays that the Court will issue an arrest

warrant for **MIRANDA-MARTINEZ** for said violation.

Respectfully Submitted,

*/s/ Bryan Heusman*
Bryan Heusman, Badge No. 7513
Deportation Officer
Immigration & Customs Enforcement
Enforcement and Removal Operations

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial
officer has on this date considered the information communicated by reliable electronic means in
considering whether a complaint, warrant, or summons will issue.  In doing so, I have placed the
affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or
summons and affidavit are those of the affiant, that the document received by me is a correct and
complete copy of the document submitted by the affiant, and that the information contained in
the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's
knowledge.

Sworn to and electronically subscribed before me, over the
telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1
and 4(d), on this 20th day of January, 2023.

New Orleans, Louisiana

HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE COURT JUDGE